IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00209-LTB

VIRGIL CROFFER,

    Plaintiff,

v.

MARK N. TSCHETTER,
SHARON S. GREEN, and
BEN DAVIS,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 18, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 18 day of March, 2013.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/ S. Grimm
            Deputy Clerk