**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00209-LTB

VIRGIL CROFFER,

    Plaintiff,

v.

MARK TSCHETTER,
SHARON S. GREEN, and
BEN DAVIS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the motions for extension of time (ECF No. 35) and to reopen (ECF No. 36) that Plaintiff, Virgil Croffer, submitted *pro se* on September 25, 2013. This case was dismissed on March 18, 2013 (ECF No. 18), and the judgment (ECF No. 19) was entered on the same day. On August 20, 2013, the United States Court of Appeals for the Tenth Circuit dismissed Plaintiff's appeal for lack of jurisdiction because the notice of appeal was untimely. *See* ECF No. 34. Therefore, the motions are DENIED as moot.

Dated: October 8, 2013